O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Trustees of the Operating Engineers Pension Trust, et al., <br><br> Plaintiffs, <br><br> v. <br><br> J-Pave, Inc., a California corporation, doing business as "A & S Paving," <br><br> Defendant. | CV 10-8098 RSWL (FFMx) <br><br> **ORDER Re: Plaintiffs' Motion for Default Judgment Against Defendant J-Pave, Inc. [10]** |

    The Court is in receipt of Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Southern California

Surveyors Joint Apprenticeship Trust's Motion for Default Judgment against Defendant J-Pave, Inc., a California corporation doing business as "A & S Paving" ("J-Pave") [10].  The Court has reviewed the Motion, Declarations, and attached Exhibits and finds that Plaintiffs need to submit additional information with regard to their request for attorneys' fees in the amount of $4,606.50.  Specifically, the Court orders Plaintiffs to clarify their request for attorneys' fees regarding the 21.4 hours worked by Denise E Carter. Exhibit A of the Declaration of Denise E. Carter indicates that the total hours worked by Denise E. Carter equals five hours, amounting to $1050.00. However, Plaintiffs have asked the Court for $4494.00. Accordingly, the Court orders Plaintiffs to clarify this discrepancy to the Court no later than March 08, 2011.

DATED: March 03, 2011

**IT IS SO ORDERED.**

RONALD S.W. LEW

---

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2