```
                                             O
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, AND TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>        Plaintiffs,<br><br>    v.<br><br>J-PAVE, INC., a California corporation, doing business as "A & S PAVING,"<br><br>        Defendant. | CV 10-8098 RSWL (FFMx)<br><br>**ORDER RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT J-PAVE, INC. [10]** |

    Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust ("Plaintiffs") Motion for Default Judgment was set for hearing on March 09, 2011 [10]. Having taken the

1

matter under submission on March 03, 2011, and having reviewed all papers submitted pertaining to this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:**

Plaintiffs' Motion for Default Judgment against Defendant J-Pave, Inc. is **GRANTED**. The Court finds that Plaintiffs have satisfied the procedural requirements necessary for entry of default judgment under Local Rule 55. Furthermore, the Court finds the substantive factors set forth by the Ninth Circuit in <u>Eitel v. McCool</u>, 782 F.2d 1417, 1471-72 (9th Cir. 1986), weigh in favor of granting default judgment. Thus, Plaintiffs have met all procedural and substantive requirements.

Accordingly, the Court finds that Plaintiffs are entitled to the relief provided under the Collective Bargaining Agreement and section 502(g)(2) of ERISA. With regard to the relief requested, Plaintiffs request the following: 1) unpaid fringe benefit contributions of $6,346.69, 2) prejudgment interest of $1471.17, 3) liquidated damages of $634.66, 4) attorneys' fees of $4,606.50, 5) costs of suit of $534.66, 6) auditor's fees of $450, 7) an accounting, 8) a good faith deposit or performance bond in the amount of $14,043.68, and 9) post-judgement interest at the federal rate.

The Court **GRANTS** Plaintiffs' request for unpaid fringe benefit contributions of $6,346.69, prejudgment interest of $1471.17, liquidated damages of $634.66, and auditor's fees of $450. Moreover, the Court finds

that Plaintiff is entitled to recover post-judgment interest at the federal rate from the date of entry of judgment until collected.

The Court also finds that Plaintiffs have demonstrated that the requested attorneys' fees of $4,606.50 and costs of suit of $534.66 are reasonable and therefore **GRANTS** Plaintiffs' request for attorneys' fees and costs.

Furthermore, the Court orders Defendant J-Pave, Inc. to produce to the Plaintiffs all requested wage and payroll records, and all other records and information necessary to conduct an audit to determine the amount of unpaid fringe benefit contributions and related amounts owed by Defendant J-Pave to the Plaintiffs for the period of May 1, 2010 through December 31, 2010. Defendant J-Pave shall produce such documents, as identified within the Judgement, within fourteen (14) days following service of the Judgment on Defendant J-Pave.

With regard to Plaintiffs' request for relief under their breach of contract for contractual bond claim, the Court finds that Plaintiffs' request for a good faith deposit or performance bond in the amount of $14,043.68 is unnecessary given that Plaintiffs have elected for the Court to enter default judgment against Defendant J-Pave for the $14,043.68 owed to Plaintiffs.

///

///

1  Therefore, the Court **DENIES** Plaintiffs' request for a
2  good faith deposit or performance bond in the amount of
3  $14,043.68.
4
5  DATED: April 29, 2011
6  **IT IS SO ORDERED.**

                                RONALD S.W. LEW
                        _____
                            **HONORABLE RONALD S.W. LEW**
                            Senior, U.S. District Court Judge