O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trustees of the Operating Engineers Pension Trust; Trustees of the Operating Engineers Health and Welfare Fund; Trustees of the Operating Engineers Vacation-Holiday Savings Trust; and Trustees of the Operating Engineers Training Trust,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>J-Pave, Inc., a California corporation doing business as "A&S Paving,"<br><br>　　　　　Defendant. | CV 10-8098 RSWL (FFMx)<br><br>**ORDER TO SHOW CAUSE RE: CONTEMPT AND FOR SANCTIONS** |

    Judgment Creditors/Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust's [collectively "Judgment Creditors"] Application for an Order to Show Cause re: Contempt and for

1

1  Sanctions against Defendant and Judgment Debtor J-Pave,
2  Inc. ["Judgment Debtor"] was set for hearing on
3  September 28, 2011 [36].  Having taken this matter
4  under submission and having reviewed all papers
5  submitted pertaining to this Application, the Court **NOW**
6  **FINDS AND RULES AS FOLLOWS:**

7      IT IS HEREBY ORDERED that Jason Terry Wiltsey,
8  Officer of the Judgment Debtor, appear before United
9  States District Judge Ronald S. W. Lew at the United
10 States District Court located at 312 N. Spring Street,
11 Los Angeles, California 90012, in Courtroom 21 - 5th
12 floor, on **OCTOBER 5, 2011, 2011, at 10:00 a.m.**, to show
13 cause, if any, why Judgment Debtor should not be held
14 in contempt of Court and issued sanctions for failure
15 to obey the Court's previous orders on May 19, 2011
16 [25] and July 20, 2011 [33] to appear for examination
17 and production of documents.

18     Judgment Creditors are hereby ordered to personally
19 serve this Order on Jason Terry Wiltsey.

21 **IT IS SO ORDERED.**
22 Dated: September 26, 2011

*RONALD S.W. LEW*
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge